# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORY LEE MCCARTNEY, | No. 4:16-CV-01831 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| SUPERINTENDENT, S.C.I. DALLAS, et al., | |
| Respondents. | |

## ORDER

### APRIL 30, 2019

Cory Lee McCartney filed this 28 U.S.C. § 2254 petition asserting that the Pennsylvania Board of Probation and Parole violated his constitutional rights when it denied his application for parole and set a five-year future eligibility term.[1] On March 28, 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court deny McCartney's § 2254 petition on the grounds that (1) the denial of parole was well-supported and (2) setting a five-year future eligibility term was not arbitrary.[2] No timely objections were filed to this Report and Recommendation.

---

[1] Doc. 1.
[2] Doc. 11.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[3] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the findings or recommendations made by the magistrate judge.[4] This Court has reviewed the Report and Recommendation and has found no clear error on the face of the record. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin C. Carlson's Report and Recommendation (Doc. 11) is **ADOPTED**;

2. McCartney's 28 U.S.C. § 2254 petition (Doc. 1) is **DENIED**;

3. A certificate of appealability shall not issue; and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[3] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

[4] 28 U.S.C. § 636(b)(1); Local Rule 72.31.